## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE JUDITH M. BARZILAY, JUDGE

| | |
|---|---|
| UNITED STATES STEEL CORPORATION AND ARCELORMITTAL USA, INC., <br><br> Plaintiffs, <br><br> and <br><br> NUCOR CORPORATION, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> CORUS STAAL BV, <br><br> Defendant-Intervenor. | Consol. Court No. 07-00475 |

### AMENDED SCHEDULING ORDER

Upon consideration of Plaintiff United States Steel Corporation's Consent Motion for an Extension of Time and Amendment of the Scheduling Order in the above-captioned action, it is hereby

ORDERED that the Motion is granted, and it is further

ORDERED that responses to Defendant's motion to dismiss shall be filed on or before February 5, 2009, and it is further

ORDERED that Defendant shall file its reply on or before March 2, 2009.

_____
Judith M. Barzilay, Judge

Dated: _____
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JUDITH M. BARZILAY, JUDGE

| | |
|---|---|
| UNITED STATES STEEL CORPORATION AND ARCELORMITTAL USA, INC., <br><br> Plaintiffs, <br><br> and <br><br> NUCOR CORPORATION, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> CORUS STAAL BV, <br><br> Defendant-Intervenor. | Consol. Court No. 07-00475 |

**PLAINTIFF UNITED STATES STEEL CORPORATION'S CONSENT MOTION FOR AN EXTENSION OF TIME AND AMENDMENT OF THE SCHEDULING ORDER**

Pursuant to CIT Rule 6(b), Plaintiff United States Steel Corporation ("U.S. Steel") hereby moves for an extension of time to file responses to Defendant's motion to dismiss in the above-captioned action. Pursuant to the amended scheduling order issued by the Court on October 30, 2008, such responses are currently due on December 22, 2008. U.S. Steel requests that this deadline be extended by 45 days until February 5, 2009. U.S. Steel further requests that the due date for Defendant's reply be extended a commensurate amount of time, until March 2, 2009.

This extension of time is necessitated by the heavy litigation schedule of counsel for U.S. Steel and the upcoming holidays. Among other things, counsel for U.S. Steel is currently engaged in litigating numerous administrative reviews and investigations before the U.S. Department of Commerce and the International Trade Commission as well as proceedings before this Court and the U.S. Court of Appeals for the Federal Circuit. In particular, over the course of the last two weeks alone, counsel for U.S. Steel has been engaged in the preparation of seven briefs and has had two oral arguments before this Court. Counsel for U.S. Steel is also currently preparing five additional briefs that are due by the end of the year. In addition, the preparation of the response to Defendant's motion to dismiss in the instant case has been complicated by absences due to the upcoming holidays. This is U.S. Steel's first request for an extension of time.

On December 15, 2008, counsel for U.S. Steel discussed this motion with Maureen E. Thorson, Esq. of the law firm of Wiley Rein, LLP, counsel to Plaintiff-Intervenor Nucor Corporation. On December 16, 2008, counsel for U.S. Steel discussed this motion with William A. Fennell, Esq. of the law firm of Stewart and Stewart, counsel to Plaintiff ArcelorMittal USA, Inc. On December 17, 2008, counsel for U.S. Steel discussed this motion with Claudia Burke, Esq. of the U.S. Department of Justice, counsel to Defendant United States. On December 18, 2008, counsel for U.S. Steel discussed this motion with Jamie B. Beaber, Esq. of the law firm of Steptoe & Johnson, LLP, counsel to Defendant-Intervenor Corus Staal BV. Ms. Thorson, Mr. Fennell, Ms. Burke and Mr. Beaber each consented to this motion.

WHEREFORE, U.S. Steel respectfully requests the Court to grant this consent motion for an extension of time and to amend the scheduling order in the above-captioned action as provided in the proposed order submitted herewith.

Respectfully submitted,

/s/ Robert E. Lighthizer
Robert E. Lighthizer
John J. Mangan
Jeffrey D. Gerrish
Jared R. Wessel

SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
1440 New York Avenue, NW.
Washington, DC  20005
(202) 371-7000

*Counsel for Plaintiff*
*United States Steel Corporation*

December 18, 2008

## UNITED STATES COURT OF INTERNATIONAL TRADE

United States Steel Corporation v. United States, Court No. 07-00475

**PUBLIC CERTIFICATE OF SERVICE**

I hereby certify that the foregoing submission was served on this 18th day of December, 2008, by Federal Express on the following parties:

William A. Fennell
**STEWART AND STEWART**
2100 M Street, N.W.
Suite 200
Washington, D.C. 20037

*On behalf of ArcelorMittal USA Incorporated*

Joel D. Kaufman
**STEPTOE & JOHNSON, LLP**
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

*On behalf of Corus Staal BV*

Claudia Burke
**U.S. DEPARTMENT OF JUSTICE**
Commercial Litigation Branch-Civil Division
1100 L Street, N.W.
Room 12112
Washington, D.C. 20530

*On behalf of the United States*

Timothy C. Brightbill
**WILEY REIN, LLP**
1776 K Street, N.W.
Washington, D.C. 20006

*On behalf of Nucor Corporation*

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: Shane A. Rourke
Legal Assistant

760686.01-D.C. S1A